*To Judge Freeman*

*PKC*

BY HAND

**MEMO ENDORSED**

(34B) 444 East 82nd Street
New York, NY 10028

February 15, 2008



Chambers of P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: David Gordon and Jacqueline Swiskey V. Brian Palumbo, et al,
    07 CV 6624 (PKC).

Dear Judge Castel:

I am informed by United Process Service that, at considerable expense, while more than two-thirds of the defendants in the above referenced action have, as of about 2:30 PM today, been served, one (or more ?) has changed their address to a different county, requiring a repeat effort. Therefore, Ms Swiskey and I respectfully request an extension of time for service and the filing of the affidavits from the process servers.

Respectfully,

DAVID GORDON
Plaintiff Pro Se
212 628-6051

Copies: to Pro Se Office

FEB 15 2008
D.J.

*As it appears from the Courts docket that almost all of the defendants have been served, and as it thus appears that plaintiffs have made diligent efforts to effectuate service, plaintiffs' time to serve any remaining defendants is extended, in the interest of justice, to April 30, 2008.*

SO ORDERED:   DATE: 2/21/08

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JUANITA GREEN,

                Plaintiff,

      v.

UNITED STATES DEPARTMENT OF
AGRICULTURE, *et al.*,

                Defendants.
------------------------------------------------------------- x

07 Civ. 1941 (RJH) (DF)

**PRIVACY ACT ORDER**

      Plaintiff having served "Plaintiff's First Request to Produce and Interrogatories," under cover dated December 5, 2007, and defendants having objected to plaintiff's request for an investigative file relating to the investigation of another employee of the United States Department of Agriculture ("USDA") to the extent that defendants are prohibited from such production by the Privacy Act of 1974, 5 U.S.C. § 552a, and it appearing that such disclosure is in the interests of justice and is subject to the Confidentiality Order being entered simultaneously herewith, it is

      ORDERED, that

      1.    To the extent that defendants object to the production of the investigation file relating to the investigation of another employee of the USDA responsive to Plaintiff's First Request to Produce and Interrogatories, or any other information or material sought by plaintiff during the course of this action, on the ground that such production is prohibited by the Privacy Act of 1974, 5 U.S.C. § 552a, defendant's objection on this ground is overruled and defendant shall not withhold the requested documents, information or material on this ground. *See* 5 U.S.C. § 552a(b)(11).

2. This Order is without prejudice to any other objections defendants may have to Plaintiff's First Request to Produce and Interrogatories, including but not limited to any objections based on a claim of privilege, or any other requests for discovery made by plaintiff.

Dated: New York, New York
_2/21_, 2008

_____
HON. DEBRA C. FREEMAN
U.S. MAGISTRATE JUDGE

The entry of this Order is consented to by the parties to this action.

Dated: Philadelphia, Pennsylvania
February __, 2008

VINCENT F. PRESTO
*Attorney for Plaintiff*

By: _____
VINCENT F. PRESTO
124 Chestnut Street, Suite 16
Philadelphia, PA 19106
Tel.: (215) 922-7000
E-mail: prestolaw@comcast.com

Dated: New York, New York
February 20, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: _____
ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers St., 3rd Floor
New York, NY 10007
Tel.: (212) 637-2722
Fax: (212) 637-2687
E-mail: robert.yalen@usdoj.gov