**MEMO ENDORSED**

# ROSENBERG & ESTIS, P.C.
ATTORNEYS AT LAW

733 Third Avenue
New York, New York 10017
212.867.6000
Fax 212.551.8484
www.rosenbergestis.com

Deborah E. Riegel
212.551.8466
driegel@rosenbergestis.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

March 4, 2008



Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, New York 10007-1312

Re: **David Gordon and Jacqueline Swiskey v. Brian Palumbo, et al.,
Case No. 07 CV 6624 (PKC)**

Honorable Sir:

This law firm represents Defendants Carl Lieberman, Nancy S. Lieberman and Brett Lieberman in the above captioned action. I am in receipt of the letter dated February 28, 2008 from counsel for the remaining Defendants and also write to respectfully request the scheduling of a pre-motion conference in accordance with Your Honor's Individual Practice 2(A)(1) in anticipation of a motion to dismiss the Amended Complaint pursuant to Fed.R.Civ.P. 12(b)(6).

For all the reasons raised by the Defendants Brian Palumbo, et al, in the February 28, 2007 letter from their counsel, David J. Nathan of Levin & Glasser, P.C., my clients also believe that the Amended Complaint in this action should be dismissed. For the sake of brevity, I will not repeat those arguments.

In addition, the Court should be aware that the claims against my clients are barred by the applicable statute of limitations. See Agency Holding Corp. v. Malley-Duff & Assocs., Inc., 483 U.S. 143 (1987). Civil RICO actions are subject to a four-year statute of limitation. My clients have not resided in the building known as 44 East 82nd Street, New York, New York 10028 (the "Building") since November 2003, and none of the allegations in the Amended Complaint as they relate to my clients occur subsequent to the date they vacated the Building. As such, given that no claim was asserted within the limitations period, the Complaint against my clients should be dismissed.

RE\48481\0001\359337v1

**ROSENBERG & ESTIS, P.C.**
ATTORNEYS AT LAW

Honorable P. Kevin Castel
March 4, 2008
Page 2

      Defendants respectfully request that Defendants' time to answer or move (which will expire as early as March 5, 2008) be extended until at least one week after this Court has granted or denied the request for a pre-motion conference. We thank the Court for its attention to this matter.

                              Very truly yours,

                              *Deborah Riegel*

                              Deborah E. Riegel (DER – 9630)

cc:    Mr. David Gordon, *pro se* (by Federal Express)
       Ms. Jacqueline Swiskey, *pro se* (by Federal Express)

*[Handwritten order:]* Premotion conference is waived. Any and all defendants may move to dismiss provided the motion is filed by March 21, 2008. Answering papers are to be filed by plaintiff by April 18. Any defendant wishing to reply shall do so by May 2.

Time for all defendants to answer or move extended to March 21.

SO ORDERED.
[signature] USDJ
3-4-08

RE\48481\0001\359337v1