UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID GORDON and JACQUELINE SWISKEY,

Plaintiffs,

vs.

BRIAN PALUMBO, NILES WELIKSON, HORING
WELIKSON & ROSEN, P.C., CAROLE A. FEIL,
as Executors of the Estate of LOUIS FEIL, CAROLE A.
FEIL and JEFFREY FEIL, d/b/a CLERMONT YORK
ASSOCIATES and BROADWALL MANAGEMENT
CORPORATION, ANDREW RATTNER, VIVIAN
TOULIATOS, ABERILL, JOSE ANTONIO (a/k/a TONY)
RUIZ, CARLOS GUEVARA, CARL LIEBERMAN,
NANCY S. LIEBERMAN (a/k/a NANCY S. LITTMAN),
BRETT LIEBERMAN, JAY ANDERSON and JAY
ANDERSON, as Trustee of THE FEIL FOUNDATION,
ALAN ROSENBLOOM, NICOLE L. GOZ, BERNARD J.
GOZ, BELLA M. GOZ (a/k/a BELLA M. MEIKSON),
STANLEY KALLMANN, BRIAN J. BOLAN, GENNET
KALLMANN ANTIN & ROBINSON, P.C., AMERICAN
INTERNATIONAL GROUP and ATLANTIC MUTUAL
INSURANCE COMPANY,

Defendants.

:
: Case Number: 07-CV-6624 (PKC)
:
: **FEDERAL CIVIL RULE
  7.1 DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Gennet, Kallmann, Antin & Robinson, P.C. (a private non-governmental party) and Atlantic Mutual Insurance Company, (a private non-governmental party) certifies that neither Gennet, Kallmann, Antin & Robinson, P.C. or Atlantic Mutual Insurance Company are publicly traded companies.

GENNET, KALLMANN, ANTIN & ROBINSON, P.C.

Attorneys for Defendants Stanley Kallmann, Brian J. Bolan,
Gennet, Kallmann, Antin & Robinson, P.C. and
Atlantic Mutual Insurance Company
45 Broadway Atrium, Litman Suite
New York, NY 10006
(212) 406-1919
Our File No. 98-4150:118.0040-B


BY: S/     BRIAN J. BOLAN  (BJB3046)
       BRIAN J. BOLAN, ESQ. (3046)

DATED:  March 5, 2008