BY HAND     **MEMO ENDORSED**



(34B) 444 East 82nd Street
New York, NY  10028

March 3, 2008

Chambers of P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY  10007-1312



RE: David Gordon and Jacqueline Swiskey V. Brian Palumbo, et al,
    07 CV 6624 (PKC).

Dear Judge Castel:

On behalf of Jacqueline Swiskey and myself, I am responding to a four page, February 28, 2008-dated copy of a letter from David J. Nathan, of the law firm of Levin & Glasser, to Your Honor, stating in his first paragraph his firm is representing: defendant Alan Rosenbloom (a Feil Organization construction contractor), defendants Niles Welikson and Horing Welikson & Rosen (Feil Organization lawyers who are repeatedly cited for their tenant harassment activities in 07 CIV 6316, the RICO action complaint presently before United States District Judge McMahon, also in the Southern District), and Carole A. Feil and Jeffrey Feil and their named defendant employees and associates.

Mr. Nathan's letter in its first paragraph, requests " the scheduling of a pre-motion conference," and in its last paragraph, requests (for no stated reason whatsoever) that his " defendants' time to Answer or move (which will expire as early as March 5, 2008) be extended until one week after this Court has granted or denied the request for a pre-motion conference." This is outrageous and should be instantly denied for obvious reasons.  Not only would the granting of Mr. Nathan's request extend the time for his defendants to answer or move indefinitely, but make a mockery of any pre-motion conference Your Honor may schedule.  Mr. Nathan's defendants should, given our meticulously pleaded Complaint, and the documented, ongoing, wildly unlawful behavior they have been and still are engaged in, all be required to answer now.  This is a case of Mr. Nathan's defendants intentionally engaging in an actual torture campaign against Ms. Swiskey and me.  Moreover, Mr. Nathan's request is also an obvious, outrageous attempt to circumvent Judge Freeman's recent Order extending the time to serve any

1

unserved defendants to April 30, 2008 (to date it appears that, on the basis of a notice from New York State's Insurance Department, at least one of the insurance company defendants, Atlantic Mutual Insurance, is no longer licensed in New York State and will have to be reserved in another State by different means, other than New York's Insurance Department). Obviously, whoever represents the defendants Mr. Nathan is not representing are entitled to and will also have a position as to whether or not his defendants should be extended any additional time to answer. Which they may also vigorously oppose.

Mr. Nathan's four page, single spaced letter is also obviously an attempt: to persuade Your Honor and your staff not to read and review our Amended Complaint (which includes photos of felony activity); and to prejudice Ms. Swiskey and myself. Indeed, Mr. Nathan must have enormous disrespect for Your Honor and staff because any careful comparison of his untimely four page letter with our meticulously accurate Amended Complaint will repeatedly reveal he is feeding Your Honor huge doses of desperate nonsense. Which he actually does not believe himself. Mr. Nathan's wide-ranging, inaccurate, conclusory attack on our Amended Complaint is obviously a summation of all his fears; because his letter establishes he actually knows our absolutely accurate Amended Complaint is entirely correct and proper. And will survive his omissions, misrepresentations and derogatory characterizations.

Respectfully,

*David Gordon*
DAVID GORDON
Plaintiff Pro Se
212 628-6051

Copy to:  Levin & Glasser
          420 Lexington Avenue
          New York, NY  10170
          Pro Se Office

*[Handwritten note by the Court:]* The use of purple prose in the letter to this Court ("wildly unlawful behavior", "actual torture", "meticulously pleaded Complaint") sheds no greater light on the issues. I will treat Plaintiff's letter as a motion to reconsider my Order of February 29, 2008. As such, it is denied. SO ORDERED.
*[signature]* USDJ
3-4-08