07cv6624(PKC)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 30th day of July, two thousand ten.

Before:   Dennis Jacobs,
                Chief Judge,
           Rosemary S. Pooler,
           Robert A. Katzmann,
                Circuit Judges.

David Gordon, Jacqueline Swiskey,

    *Plaintiffs-Appellants,*

v.

Brian Palumbo, Niles Welikson, Horing Welikson & Rosen, P.C., Carole A. Fei and Jeffrey Feil, as Executors of the Estate of Louis Feil, Carole A. Feil, and Jeffrey Fei, d/b/a Clermont York Associates, Andrew Rattner, Vivian Tuliatos, Abe Rill, Jose Antonio Ruiz, also known as Tony, Carlos Guevara, Carl Lieberman, Nancy Lieberman, Brett Lieberman, Jay Anderson, as Trustee of the Feil Foundation, Alan Rosenbloom, Nicole Goz, Bernard J. Goz, Bella M. Goz, Stanley Kallmann, Brian J. Bolan, Gennet Kallmann Antin & Robinson, P.C., American International Group, Atlantic Mutual Insurance Company,

    *Defendants-Appellees.*
Louis Feil,

    *Defendant.*

**STATEMENT OF COSTS**
Docket No. 09-1469-cv



IT IS HEREBY ORDERED that the motion for costs filed by defendants-appellees Stanley Kallman, Brian J. Bolan, Gennet Kallmann Antin & Robinson, P.C., and Atlantic Mutual Insurance Company is granted in part and denied in part. They seek $2,365.86, an amount that represents a remarkable overstatement of their entitlement under the rules. Accordingly the motion is granted to the extent that they shall recover costs in the amount of $844.01.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

Judy Pisnanont, Motions Staff Attorney